UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **HARRISON LEE RILEY #708544** | **CASE NO. 6:20-CV-1336 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **DARRYL VANNOY** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 25th day of January, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE